WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael D. Mott, | ) | No. CV 05-2490-PHX-SMM (VAM) |
| Petitioner, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Dora B. Schriro, et al., | ) ) ) | |
| Respondents. | ) ) | |

Pending before the Court is a Motion for Specific Response from the United States District Court filed by Petitioner on October 2, 2006. (Dkt. 33.) Petitioner requests a specific response to the following question: "Did the U.S. District Court mail the sealed 8½ X 12 envelope addressed to my legal assistant John Baker as I requested?" (Dkt. 33 at 1.) The Motion refers to unspecified interference by prison officials with Petitioner's legal assistant, but fails to specify what "interference" by prison officials has hampered his ability to litigate the present case with the aid of his legal assistant, or how the Court's response to the question presented above relates to any alleged "interference." Moreover, Magistrate Judge Mathis specifically addressed Petitioner's allegations of "interference" in an April 24, 2006 Order denying his Motion for the Appointment of Counsel. See Dkt. 19.

A judgment dismissing this case with prejudice was entered more than four months before Petitioner filed his Motion for a Specific Response. See Dkts. 29, 33. The judgment

is based on two Order entered by this Court after carefully considering Petitioner's objections and reconsidering one of the Court's orders. See Dkts. 27, 28, 29, 34. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **STRIKE** from the docket Petitioner's Motion for Specific Response from the United States District Court. (Dkt. 33.)

DATED this 21st day of March, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge